UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

*ORDER - P9  2*

EDWARD ABETE,

              Plaintiff,

-vs-

EMPIRE AERO CENTER,

              Defendant.

Case No.: 08-CV-0989 (DNH/GHL)

**STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person that is not a party hereto has an interest in the subject matter of the action, the above-entitled action

1611201.1

hereby is dismissed with prejudice, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: September 9, 2009

| GLEASON, DUNN, WALSH & O'SHEA | BOND, SCHOENECK & KING, PLLC |
|---|---|
| By: /s/ Ronald G. Dunn<br>Ronald G. Dunn, Esq.<br>(Bar Roll No. 101553)<br>Attorneys for Plaintiff<br>Office and Post Office Address<br>40 Beaver Street<br>Albany, New York  12207<br>Telephone: (518) 432-7511<br>Email: rdunn@gdwo.net | By: /s/ Laura H. Harshbarger<br>Laura H. Harshbarger, Esq.<br>(Bar Roll No. 509779)<br>Attorneys for Defendant<br>Office and Post Office Address<br>One Lincoln Center<br>Syracuse, New York  13202<br>Telephone: (315) 218-8314<br>Email: lharshbarger@bsk.com |

**SO ORDERED:**

_____  Dated: 9/21/09
Hon. Gustave J. DiBianco
U.S. Magistrate Judge

1611201.1